## MILLERS MUTUAL INSURANCE ASSOCIATION OF ILLINOIS, Plaintiff/Respondent,

v.

## Frank ARNOLD, et al., Defendants/Appellants.

No. 72175.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 3, 1998.

William M. Wunderlich, High Ridge, Jeffrey P. Gault, Wood & Gault, Clayton, for Defendants/Appellants.

Aaron Mandel, Brinker & Doyen, L.L.P., Clayton, for Plaintiff/Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Frank Arnold and John Montgomery appeal a judgment entered on a stipulated record and memoranda in favor of Millers Mu-

tual Insurance Association of Illinois. We affirm.

We have reviewed the briefs of the parties and the legal file and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.